AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| JOSHUA EDLER, Individually and on Behalf of All Others Similarly Situated <br> *Plaintiff(s)* <br> v. <br> PELLEY CONSTRUCTION, INC., and JAY NEWPORT <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-3035-TLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
                PELLEY CONSTRUCTION, INC.
                c/o Terra Pelley
                9022 Old Highway 62 East
                Flippin, Arkansas 72634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Sanford
                                            SANFORD LAW FIRM, PLLC
                                            Kirkpatrick Plaza
                                            10800 Financial Centre Parkway, Suite 510
                                            Little Rock, Arkansas 72211
                                            501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    June 24, 2022                                                       *Teri Gunderson*
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **3:22-CV-03035-TLB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Pelley Construction Inc**
was recieved by me on **7/05/2022**:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Terra Pelley**, who is designated by law to accept service of process on behalf of **Pelley Construction Inc 07/09/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 69.00** for services, for a total of **$ 69.00**.

I declare under penalty of perjury that this information is true.

Date:  07/12/2022

_____
Server's signature

**Christopher Ayers**
Printed name and title

**1857 Cloverhill**
**Harrison, AR 72601**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Terra Pelley, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: 0089469858