IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**Joshua Edler, Individually and
on Behalf of all Others
Similarly Situated**                                                                 **PLAINTIFF**

NO.  3-22-cv-3035

**Pelley Construction, Inc., et al**                                                     **DEFENDANT**

### CLERK'S ORDER OF DISMISSAL

On this 19th day of October, 2022, the parties hereto having filed a joint stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: *Teri Gunderson*
      Deputy Clerk